**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| A.S.A.P. FABRICATION, INC., on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 12 C 5669 |
| v. | ) ) ) | Judge Nordberg Magistrate Judge Cox |
| MIDWEST SALT, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff A.S.A.P. Fabrication, Inc.'s individual claims against Defendant Midwest Salt, LLC with prejudice and without costs. Plaintiff A.S.A.P. Fabrication, Inc.'s class claims against Defendant Midwest Salt, LLC are dismissed without prejudice and without costs. Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted,

  s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

  s/ Richard P. Darke (w/ permission)
Richard P. Darke
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603
(312) 499-6743
(312) 499-6701 (FAX)

**CERTIFICATE OF SERVICE**

        I, Heather Kolbus, certify that on December 7, 2012, I caused a true and accurate copy of the foregoing document to be served upon the party listed below through the Court's CM/ECF system:

    Richard P. Darke
    rpdarke@duanemorris.com


                                s/ Heather Kolbus
                                Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)