UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

A.S.A.P. Fabrication, Inc.
                              Plaintiff,

v.                                               Case No.: 1:12–cv–05669
                                                     Honorable John A. Nordberg

Midwest Salt, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 10, 2012:

      MINUTE entry before Honorable John A. Nordberg: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of Plaintiff A.S.A.P. Fabrication, Inc.s individual claims against Defendant Midwest Salt, LLC with prejudice and without costs. Plaintiff A.S.A.P. Fabrication, Inc.s class claims against Defendant Midwest Salt, LLC are dismissed without prejudice and without costs. Plaintiffs individual claims against John Does 1–10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.